Case 3:14-cv-02999-MEJ   Document 13   Filed 09/24/14   Page 1 of 2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATTIE GILL,<br><br>      Plaintiff,<br><br>  v.<br><br>GENERAL SERVICES ADMINISTRATION,<br><br>      Defendant. | Case No. 14-cv-02999-MEJ<br><br>**ORDER VACATING CMC** |

This matter is currently scheduled for a Case Management Conference on October 2, 2014. However, as there is a pending Motion to Dismiss, the Case Management Conference and all related deadlines are VACATED. The conference will be rescheduled, if necessary, after any pending motions are resolved.

**IT IS SO ORDERED.**

Dated: September 24, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATTIE GILL,

        Plaintiff,

    v.

GENERAL SERVICES ADMINISTRATION,

        Defendant.

Case No.  14-cv-02999-MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 9/24/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Pattie Gill
520 Divisadero Street #3
San Francisco, CA 94117

Dated: 9/24/2014

Richard W. Wieking
Clerk, United States District Court

By:_____
Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES