UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATTIE GILL,<br>　　　　Plaintiff,<br>　　v.<br>GENERAL SERVICES ADMINISTRATION,<br>　　　　Defendant. | Case No. 14-cv-02999-MEJ<br><br>**ORDER VACATING HEARING**<br>Re: Dkt. No. 8 |

　　This matter is currently scheduled for a hearing regarding Defendant's Motion to Dismiss on October 30, 2014.  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without oral argument and hereby VACATES the October 30 hearing.  The motion is under submission.

　　**IT IS SO ORDERED.**

Dated: October 27, 2014

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATTIE GILL,<br><br>        Plaintiff,<br><br>    v.<br><br>GENERAL SERVICES ADMINISTRATION,<br><br>        Defendant. | Case No. 14-cv-02999-MEJ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 10/27/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Pattie Gill
520 Divisadero Street #3
San Francisco, CA 94117


Dated: 10/27/2014


Richard W. Wieking
Clerk, United States District Court


By:_____
Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES